

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2014

No. 04-14-00086-CV

**IN THE INTEREST OF Y.G.B.**, A Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00166
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

     In this accelerated appeal of the January 21, 2014 order terminating Appellant's parental rights, Appellant's brief is due to be filed with this court on March 17, 2014. *See* TEX. R. APP. P. 38.6(a). On March 13, 2014, Appellant filed a first motion for extension of time to file Appellant's brief and requested an additional ten days for the reporter to file a corrected record and an additional ten days for Appellant to file the brief.

     Appellant's motion is GRANTED. The reporter's record must be filed within TEN DAYS of the date of this order. *See id.* R. 35.3(c). Appellant's brief will be due TEN DAYS after the reporter's record is filed. *See id.*; *see also* TEX. R. JUD. ADMIN. 6.2, *available at* http://www.supreme.courts.state.tx.us/MiscDocket/11/11925100.pdf (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court